IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SANDRA S. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:13CV124 |
| | ) | |
| vs. | ) | |
| | ) | |
| BRUMBAUGH & QUANDAHL, | ) | **ORDER** |
| P.C. and WEST ASSET | ) | |
| MANAGEMENT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Upon notice of settlement given to the magistrate judge by Burke Smith and Cory Rooney, counsel for the parties,

**IT IS ORDERED:**

1.  On or before **October 23, 2013,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov,  a draft order which will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  All pending hearings and/or deadlines are cancelled upon the representation that this case is settled.

Dated: September 23, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge