IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SANDRA S. MITCHELL,

    Plaintiff,

vs.

BRUMBAUGH & QUANDAHL, P.C., LLO, and WEST ASSET MANAGEMENT, INC.,

    Defendants.

CASE NO. 8:13CV124

**JUDGMENT**

This matter is before the Court on the Joint Stipulation for Entry of Judgment (Filing No. 33) filed by Plaintiff Sandra S. Mitchell ("Plaintiff") and Defendants Brumbaugh & Quandahl, P.C. LLO and West Asset Management, Inc. ("Defendants").

On September 25, 2013, the Defendants notified the Court of their Offer of Judgment served on the Plaintiff pursuant to Federal Rule of Civil Procedure 68 (Filing No. 29) and attached the Offer to the notification (Filing No. 29-1.)  On September 25, 2013, Defendant West Asset Management, Inc. notified the Court of the Plaintiff's acceptance of the Offer (Filing No. 30) and attached the Offer and Acceptance (Filing Nos. 30-1 & 30.2.)  The Court finds that the Joint Stipulation should be approved, and adopts the parties' Offer of Judgment and Acceptance thereof (Filing Nos. 30-1 & 30-2.)

Accordingly,

IT IS ORDERED:

1. Judgment is entered against Defendant Brumbaugh & Quandahl, P.C., LLO and in favor of Plaintiff in the amount of $1,001.00;

2. Judgment is entered against Defendant West Asset Management, Inc. and in favor of Plaintiff in the amount of $1,001.00; and

3. Defendants will pay Plaintiff's attorney's fees in the total amount of $1,925.00.

Dated this 6th day of November, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge